FILED

# United States District Court

SEP 29 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

ROBERT FLOYD BROWN, JR.

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:05 MJ 115-C

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __Dec. 27, 2004,__ in __Houston__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce,

in violation of Title __18__ United States Code, Section(s) __2251__

I further state that I am a(n) __agent with the FBI__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

SEPTEMBER 29, 2005                    at    MONTGOMERY, ALABAMA
Date                                        City and State

CHARLES S. COODY, U. S. MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

State of Alabama
County of Houston
Middle District of Alabama

## AFFIDAVIT

I, Tab J. Clardy, a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, having been duly sworn, state:

1. I am a Special Agent with the FBI and have been so employed for the past 2 ½ years. Prior to my employment with the FBI, I was employed with the Greenville County Sheriff's Office, South Carolina, for 4 years, and the Greenville City Police Department, South Carolina, for 8 ½ years. As a Special Agent with the FBI, I have investigated numerous cases involving Child Pornography and Child Exploitation matters;

2. This affidavit is being made in support of a Complaint and arrest warrant for Robert Floyd Brown, Jr., white, male, date of birth June, 5, 1982, who resides at 111 Sheila Drive, Apartment G-49, Carriage House Apartments, Dothan, Alabama, 36301. The information contained in this affidavit is based upon my own investigation and experience, as well as information provided by other law enforcement officials, including Task Force Officer (TFO) Angie Wilson of the Kansas City Division FBI, who is assigned to the investigation of child pornography offenses;

3. I have probable cause to believe that Robert Floyd Brown, Jr., has violated Title 18, United States Code, Sections 2251 and 2252(a), involving the possession, production, and distribution of child pornography;

4. On December 28, 2004, Detective Laurie Dunn, Osage County Sheriff's Office, Osage County, Kansas, contacted TFO Wilson and stated she was investigating a case where a fourteen year old male, J.D. had been communicating with someone he believed to be a twenty-two year old female on Yahoo! using the email addresses aliciajade00@yahoo.com and Unknown #1. The

suspect, via Yahoo! instant messenger, used threats and coercion to persuade J.D. to undress for suspect via J.D.'s web camera. Suspect also had J.D. perform sexual acts to himself;

5. J.D. received two emails on December 27, 2004. The content of the first email received from Unknown #1 included a video and a statement about what the suspect was going to do with the video. The second email was received from aliciajade00@yahoo.com. It also included the video and a message. The message stated the person sending this message also sent the first message from suspects' friend's account, Unknown #1. Included in the video was J.D. undressing and touching his genitals. The suspect had recorded these acts which were broadcast to the suspect at her request via J.D. web camera. Osage County Sheriff's Office was able to retrieve chat logs from the computer J.D. was using. The dialogue in the chat logs are between aliciajade00@yahoo.com and J.D. and appear to be the communication that was occurring during the time the video was captured;

6. On December 30, 2004, TFO Wilson obtained consent from J.D.'s mother, to assume her son's online presence, afterwhich, TFO Wilson entered J.D.'s email account and captured the video clips sent to him from aliciajade00@yahoo.com and Unknown #1;

7. On January 10, 2005, TFO Wilson sent an administrative subpoena to Yahoo! requesting information on Yahoo! screen names "aliciajade00" and Unknown #1;

8. On January 20, 2005, the following information was received:

    Login Name:        aliciajade00
    Yahoo! Mail:       aliciajade00@yahoo.com
    Alternate Mail:    aliciajade@collegeclub.com
    Other identities:  3 others
    Full Name:         Ms Alicia Rachels
    State:             FL
    Zip:               32445
    Account created:   Sun Jul 13, 2003 21:56:54 PST
    Account status:    Active

9. Yahoo! provided internet connection history for "aliciajade00". "Aliciajade00" logged

in December 27, 2004 at 12:49:56 EST, from IP address 68.201.148.127. The email containing the child pornography was sent to J.D. from "aliciajade00@yahoo.com" at 12:53:51 EST. The IP address belongs to Time Warner Cable/Road Runner and an administrative subpoena was executed.

10. Yahoo! provided internet connection history for "bullseyenavior00". "Bullseyenavior00" logged in December 27, 2004, at 12:32:32 EST, from IP address 68.201.148.127. The email containing the child pornography was sent to J.D. from "Unknown #1" at 12:48:56 EST. The IP address belongs to Time Warner Cable/Road Runner and is the same as the IP address used by "aliciajade00". The most recent Yahoo! connection by "Unknown #1" was on January 4, 2005 at 17:14:10 EST from IP address 216.6.150.105. The Internet Service Provider is Warwick Valley Telephone. An administrative subpoena was executed;

11. On January 10, 2005, TFO Wilson forwarded an administrative subpoena to Time Warner Cable/Road Runner requesting records on IP address 68.201.148.127, which was being utilized on December 27, 2004, at 09:48:56 PST (12:48 EST) and 09:53:51 PST (12:53 EST);

12. On February 7, 2005, the following information was provided:

    Name:      Robert Brown
    Address:   111 Sheila Drive, Apt. 949
                  Carriage House Apt.
    City:       Dothan
    State:     AL
    Phone:    334-718-9548

13. TFO Wilson identified suspect as follows:

    Name:      Robert Floyd Brown
    DOB:       June 5, 1982
    SSN:
    Address:   45 Myrtle Street
                  Daleville, AL  36322
    AL OLN:   7288260

14. Although suspect's address on his Alabama Driver's License did not match the

information provided by Time Warner Cable/Road Runner, a record's check via Choicepoint listed both addresses for suspect;

15. On July 21, 2005, SA Clardy checked suspect's Alabama Driver's License which reflected an address change on February 15, 2005, to 111 Sheila Drive, Apt. G-49, Carriage House Apartments, Dothan, Alabama, 36301. SA Clardy conducted a utilities check through the City of Dothan which reflected suspect is currently receiving utilities at 111 Sheila Drive, Apt. G-49, Carriage House Apartments, Dothan, Alabama, 36301. SA Clardy also located a green 1998 Pontiac Firebird displaying Alabama License plate 38F562G parked in front of Apt. G-49 Carriage House Apartments which came back registered to suspect;

16. On August 3, 2005, a search warrant was executed at 111 Sheila Drive, Apt. G-49, Carriage House Apartments, Dothan, Alabama, 36301, where an E-Machine Central Processing Unit (CPU) was seized.

17. On August 3, 2005, Robert Floyd Brown, Jr., was interviewed by SA Tab J. Clardy, FBI, and SA Steven L. Zeringue, FBI. Brown admitted to his interstate acts via the internet, to-wit: soliciting J.D. to undress and engage in sexual activity, using the internet, knowing and believing that J.D. was a minor.

18. On August 11, 2005, the CPU was submitted for examination which revealed a "movie" depicting acts consistent with the acts as reported by J.D. in this case. A number of "movies" were found under the file name "blackmail." These "movies" were examined and only those persons depicted who appeared to be under the age of seventeen were included in the forensic report.

19. Images were recovered from Robert Floyd Brown's CPU depicting other persons under the age of seventeen engaged in some type of sexual behavior after being instructed by an individual known as or using the screen identifier of Alicia Rachels;

20. Robert Floyd Brown, Jr., has admitted that his computer screen name is Alicia Rachels;

## CONCLUSIONS

21. Based upon the foregoing, affiant has probable cause to believe that Robert Floyd Brown, Jr., has violated Title 18, United States Code, Sections 2251 and 2252(a), involving the possession, production, and distribution of child pornography.

*[signature]*
Special Agent Tab J. Clardy
Federal Bureau of Investigation

Sworn to and subscribed
before me this 29
day of September, 2005

*[signature]*
United States Magistrate Judge