IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. _____ |
| | ) | |
| ROBERT FLOYD BROWN, JR. | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

__X__    Crime of violence (18 U.S.C. 3156)

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with two prior convictions in the above categories

_____    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.   <u>Reason For Detention</u>

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___   Defendant's appearance as required

__X___   Safety of any other person and the community

3.   <u>Rebuttable Presumption</u>

The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).  The presumption applies because:

_____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

_____   Previous conviction for "eligible" offense committed while on pretrial bond

_____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4.   <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

___X__   After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 30th day of September, 2005.

                                      LEURA GARRETT CANARY
                                      United States Attorney

                                      /s/Tommie Brown Hardwick
                                      TOMMIE BROWN HARDWICK
                                      Assistant United States Attorney
                                      Post Office Box 197
                                      Montgomery, Alabama 36101-0197
                                      Phone: 334-223-7280
                                      Fax: 334-223-7135
                                      E-mail: tommie.hardwick@usdoj.gov