# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **9/30/05**

DIGITAL RECORDING: **3:41 - 3:45**

- √ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**            DEPUTY CLERK: **WANDA STINSON**

CASE NO. **02:05MJ116-CSC**            DEFT. NAME: **ROBERT FLOYD BROWN, JR**

USA: **TOMMIE HARDWICK**            ATTY: **DONNIE BETHEL**

Type Counsel:  ( ) Retained;  (√) Panel CJA;  ( ) Waived;  ( ) CDO ;

USPTSO/USPO: **RON THWEATT**

Defendant **√** does ___ does NOT need an interpreter;

Interpreter present ___ NO **√** YES  NAME: **Beverly Childress**

---

- **√ Kars.**      Date of Arrest **9/29/05**      or    ☐ karsr40
- **√ kia.**       Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- **√ kcnsl.**     Deft. First Appearance with Counsel
- **√**            Requests appointed Counsel  **√ ORAL MOTION for Appointment of Counsel**
- **√ finaff.**    Financial Affidavit executed  ☐ to be obtained by PTSO
- **√ koappted**   **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ☐ k20appt.       Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐                Deft. Advises he will retain counsel. Has retained _____
- ☐                Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- √                Government's **WRITTEN** Motion for Detention Hrg. filed.
- √                **DETENTION HRG** ☐ held;  √ Set for **10/5/05 @ 3:00 P.M.** ;  ☐ Prelim. Hrg ☐ Set for _____
- **√ kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.         **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.     Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.          ☐ **BOND EXECUTED** (M/D AL charges) $ _____. Deft released (kloc LR)
                   ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- **√ kloc.(LC)**  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.            Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.        Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐                Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.          **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
                   ☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
                   **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.        NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐krmvhrg.        Identity/Removal Hearing set for _____
- ☐kwvspt          Waiver of Speedy Trial Act Rights Executed.

Case 1:05-mj-00115-CSC    Document 6    Filed 09/30/2005    Page 2 of 2