# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ORDER OF TEMPORARY DETENTION |
| ) | PENDING HEARING PURSUANT TO |
| ) | BAIL REFORM ACT |
| v.            ) | |
| ) | |
| ) | CASE NO. 2:05MJ115-CSC |
| ROBERT FLOYD BROWN, JR ) | |
| ) | |

## ORDER

For good cause, it is

**ORDERED** that the detention and preliminary hearing in the above-case presently set for **October 5, 2005, at 3:00 p.m.** be and is hereby **RESET to October 4, 2005 at 3:30 p.m.** in The Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama, in the Fourth Floor Courtroom, Room 4-B, before the undersigned Magistrate Judge.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 3rd day of October, 2005.

  /s/Charles S. Coody  
CHARLES S. COODY  
CHIEF UNITED STATES MAGISTRATE JUDGE