## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 10/4/05 | AT | 3:22 p.m. to 4:15 p.m. |
| DATE COMPLETED: 10/4/05 | TO | Digital Recorded |

UNITED STATES OF AMERICA         *
                                 *
VS.                              *    CASE NO.: 1:05MJ115-CSC
                                 *
ROBERT FLOYD BROWN, JR.

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Tommie Hardwick | * | Atty. Kevin Butler |
| Tamara Martin, USPTS | | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **PRELIMINARY/DETENTION HEARING**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Detention/PRelim: 05mj115-CSC | | |
|---|---|---|---|
| Date | 10/ 4 /2005 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3 :22:01 PM | Court | Court convenes; Parties present as noted above; |
| 3 :22:06 PM | Atty, Butler | Acknowledges court on the bench; |
| 3 :22:12 PM | Court | Parties ready to proceed; Calls first witness; |
| 3 :22:21 PM | Atty. Butler | Need time to talk with 3 witnesses outside the court; |
| 3 :22:31 PM | Court | Will take a 10 min. recess; |
| 3 :35:01 PM | Court | Court recovenes; Parties ready to proceed; Discussion of indicted returned against the deft today that aviates the need for preliminary hearing, will proceed with the detention hearing; |
| 3 :35:13 PM | | |
| 3 :36:01 PM | Atty. Butler | Request time to talk with witnesses; Ready to proceeds forward today; |
| 3 :37:19 PM | Court | Discussion of indictment charges against deft as crimes of violence and that there is a presumption of detention; |
| 3 :38:03 PM | Atty. Hardwick | Calls Tab J. Clardy, Investigator; witness is sworn and seated; Govt. would like to solicit infomtation from agent regarding the issue of deft's danger to community; |
| 3 :38:37 PM | Court | That's fine, one of the facts for the court to consider; |
| 3 :38:42 PM | Atty. Hardwick | Testimony begins of witness; Discussion of invesitgation of case against deft; Discussion as to the involvement of other children and contact with children;Discussion of defts contact with minors through the internet; |
| 3 :40:04 PM | Atty. Butler | Cross-examination of witness; Discussion of allegations in indictment filed today and the allegations in the complaint; Discussion of the victim identified as JD; Discussion of unknown victim identified in the the indictment; Discussion of threats made; |
| 3 :46:24 PM | Court | What were the threats; |
| 3 :46:24 PM | Witness | Response - to distribute video of the adult and nine month old child to law enforcement; |
| 3 :46:42 PM | Butler | Cont'd testimony of witness as to name used in chat; |
| 3 :46:56 PM | Atty. Hardwick | Objection as to questionss regarding statement of names; |
| 3 :47:12 PM | Atty. Butler | Response; |
| 3 :47:34 PM | Court | The question was the name that Mr. Brown named?; |
| 3 :47:41 PM | Atty. Butler | Witness alleges that the deft inticed the adult to the alleged acts; |
| 3 :47:52 PM | Atty. Hardwick | Response; |
| 3 :47:59 PM | Atty. Butler | Discussion of video found; |
| 3 :48:09 PM | Court | Discussion of found chat logs; |
| 3 :48:23 PM | Atty. Butler | Cont'd testimony; Discussion of confession by deft; Discussion ongoing investigation of deft; |
| 3 :48:56 PM | Atty. Hardwick | Objection as to relevance; |
| 3 :48:59 PM | Atty. Butler | Response; |

| Time | Speaker | Notes |
|---|---|---|
| 3:49:06 PM | Court | Objection overruled; |
| 3:49:13 PM | Atty. Butler | Cont'd testimony; Discussion as to when agents found that the deft was the person engaged in the internet communication with JD; Discussion of agent contact with deft; Discussion of defts arrest ; Discussion of obtaining computer by search warrant executed on Aug. 3rd; Discussion of locating deft; Discussion of defts employment ; Discussion of seized laptop computer;   Discussion of defts engagement in any violent behavior towards anyone; |
| 4:03:41 PM | Atty. Hardwick | Re-direct; Discussion as to how deft acquire the second computer; |
| 4:03:53 PM | Court | Question to deft; discussion of statement in the affidavit in the complaint regarding deft use of threats; |
| 4:04:21 PM | Witness | Response; |
| 4:05:24 PM | Atty. Hardwick | Clarification to the court as to the recording of acts; |
| 4:06:20 PM | Court | Witness is excused; |
| 4:06:31 PM | Atty. Hardwick | Adopts finds in probation officer's report; |
| 4:06:57 PM | Atty. Butler | Calls Tamara Martin, USPTS, witness is placed under oath; Discussion as to the electronic monitoring device; |
| 4:09:13 PM | Court | Witness is excused; |
| 4:10:03 PM | Atty. Butler | Proceed with proffer;  Induction of family members in the court; Deft has no violent history; Deft has been sexually abused in the past;  Request that the deft undergo therapy;  Deft can reside with father in Newton, AL ; |
| 4:12:21 PM | Court | Discussion pretrial services report; Addresses living arrangement with parents given their history; |
| 4:12:33 PM | Atty. Butler | Response; |
| 4:13:08 PM | Court | Addresses defts danger to community; Addresses concern with nature of crime ; |
| 4:14:00 PM | Atty. Butler | Request time to speak with Mr. Ross of Pretrial Services; |
| 4:14:10 PM | Court | Discussion as other phone usage; |
| 4:14:19 PM | Atty. Butler | Response; |
| 4:15:25 PM | Court | Court orders that the deft detained pending further order of this court; |
| 4:15:56 PM | Court | Court is recessed. |