IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CR. NO.: 1:05MJ115-CSC |
| | * | |
| ROBERT FLOYD BROWN, JR | * | |
| | * | |
| Defendants. | * | |

### WITNESS LIST:

**GOVERNMENT**                                              **DEFENDANT**

1. Tab J. Clardy                                            1. Tamara Martin, USPTS Officer